IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marjorie Stone,                                        Case No. 3:20 CV 742
*on behalf of herself and others*
*similarly situated*,                                  DISMISSAL ORDER

                              Plaintiff,               JUDGE JACK ZOUHARY

          -vs-

LHC Group, Inc., et al.,

                              Defendants.


        This Court held a Phone Status on July 29, 2020.  Counsel present:  Matthew Coffman and

Adam Gedling for Plaintiff; Glenn Patton and Carrie Urrutia for Defendants.

        After discussion, it was agreed by all counsel that the case should be dismissed.  Therefore,

pursuant to Federal Civil Rule 41(a), case is dismissed without prejudice.

        IT IS SO ORDERED.

                                                       s/ *Jack Zouhary*
                                                       JACK ZOUHARY
                                                       U. S. DISTRICT JUDGE

                                                       July 29, 2020